IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

**ARTHUR GOTTLIEB**,

**Plaintiff,**

**v.**

**ASSET ACCEPTANCE, LLC,**
a Delaware limited liability company,

**Defendant.**                                      No. 10-0538-DRH

## ORDER

**HERNDON, Chief Judge:**

This matter comes before the Court for case management. On August 9, 2010, Defendant filed an unopposed motion for enlargement of time (Doc. 8). The record reflects that Defendant has not filed the required **FEDERAL RULE OF CIVIL PROCEDURE 7.1** disclosure statement. Thus, Court **ORDERS** Defendant to file its disclosure statement on or before August 23, 2010.

**IT IS SO ORDERED.**

Signed this 10th day of August, 2010.

/s/     David R Herndon
**Chief Judge**
**United States District Court**