IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

**ARTHUR GOTTLIEB**,

**Plaintiff,**

**v.**

**ASSET ACCEPTANCE, LLC,**
a Delaware limited liability company,

**Defendant.**                                              No. 10-0538-DRH

## ORDER

**HERNDON, Chief Judge:**

On August 18, 2010, Plaintiff filed two stipulations of dismissal pursuant to Federal Rule of Civil Procedure 41 (Docs. 11 & 12).  The Court acknowledges the stipulations and **DISMISSES without prejudice** this cause of action.  The Court will close the file.

**IT IS SO ORDERED.**

Signed this 19th day of August, 2010.

/s/    David R Herndon
**Chief Judge**
**United States District Court**